United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CORBY P. TURLE, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-2045 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| FRANK BOSIGNANO, | § | |
| Defendant. | § | |
| | § | |

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

Plaintiff Corby Turle filed a complaint against Defendant Frank Bisignano, as Commissioner of Social Security, seeking judicial review of a final decision of the Commissioner denying his application for benefits under Title II of the Social Security Act. Dkt 1.

The matter was referred to Judge Dena Hanovice Palermo for disposition. Dkt 5. Pending are cross motions for summary judgment. Dkts 13 & 15.

Judge Palermo recommends that the motion for summary judgment by Plaintiff be granted, and that the motion for summary judgment by Defendant be denied. Dkt 20 at 17. She also recommends that the decision of the Commissioner be remanded for calculation and award of benefits. Ibid.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 20.

The motion for summary judgment by Plaintiff Corby P. Turle is GRANTED. Dkt 13.

The motion for summary judgment by Defendant Frank Bisignano, as Commissioner of Social Security, is DENIED. Dkt 15.

The decision of the Commissioner is REMANDED for the calculation and award of benefits.

A final judgment will enter separately.

SO ORDERED.

Signed on September 9, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge